■
## MESA AIRLINES, INC., Petitioner,

v.

## Cletus Ronald FEAZELL and Mary Margaret Feazell, as independent executors of the estate of John Clayton "Tad" Feazell, deceased, Respondents.

### No. 96–0479.

Supreme Court of Texas.

Jan. 31, 1997.

Scott Patrick Stolley, John H. Martin, Kristine Noelle McAlister, Dallas, for Petitioner.

John A. Greaves, Los Angeles, CA, William C. Meier, Bedford, Karen A. Barth, Los Angeles, CA, for Respondents.

PER CURIAM.

In denying this application for writ of error, the Court neither approves nor disapproves the court of appeals' discussion regarding unpleaded affirmative defenses. *See* 917 S.W.2d 895, 901. The application for writ of error is denied, and Respondents' motion to strike Petitioners' supplemental brief is overruled.